# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | | |
|---|---|---|
| In re:<br><br>NITRO FLUIDS, LLC,<br><br>Debtor. | § § § § § § § § | Chapter 11<br><br>Case No. 24-60018 (CML) |

## NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES, AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Winstead PC ("Winstead"), appearing on behalf of Simmons Bank, a creditor and party in interest in the above-captioned case, hereby submits this notice of appearance and requests notice of all hearings and conferences herein and makes demand for service of all papers herein, including, without limitation, all papers and notices pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010, and 11 U.S.C. § 342.  All notices given or required to be given in this case shall be served upon Winstead as follows:

> Jason A. Enright
> **Winstead PC**
> 500 Winstead Building
> 2728 N. Harwood Street
> Dallas, Texas  75201
> (214) 745-5400 (Telephone)
> (214) 745-5390 (Facsimile)
> jenright@winstead.com

This notice of appearance is not a waiver of any right to challenge the eligibility of the Debtor for relief under the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any notice of fee

applications, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleadings or request, whether transmitted or conveyed by mail, electronic delivery, hand delivery, telephone, facsimile, telegraph, telex or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above-referenced bankruptcy case and any adversary proceeding related thereto.

**DATED: May 16, 2024.**

Respectfully submitted,

**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
(214) 745-5400 (Phone)
(214) 745-5390 (Facsimile)

By: */s/ Jason A. Enright*
Jason A. Enright
Texas Bar No. 24087475
S.D. Tex. No. 3037852

**COUNSEL FOR SIMMONS BANK**

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 16, 2024, a true and correct copy of the foregoing Notice of Appearance will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

*/s/ Jason A. Enright*
Jason A. Enright