IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 24-60018 |
| | ) | |
| NITRO FLUIDS, LLC | ) | CHAPTER 11 |
| | ) | |
| DEBTOR | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that BOBBY LEE KORICANEK, by his undersigned counsel, Dean W. Greer, West & West Attorneys at Law, P.C. ("West & West"), files this Notice of Appearance and Request for Notices and Papers pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure. BOBBY LEE KORICANEK and West & West request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Section 342 of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this bankruptcy case be given and served on Dean W. Greer, Attorney by serving:

> Dean W. Greer, Attorney
> West & West Attorneys at Law, P.C.
> 2929 Mossrock, Ste. 204
> San Antonio, Texas 78230

Please take further notice that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, messenger delivery, telephone, facsimile, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

This Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of the rights of BOBBY LEE KORICANEK, (i) to have final orders in noncore matters entered only after de novo review by a district judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to assert or exercise any other rights, claims, actions, setoffs, or recoupments to which BOBBY LEE KORICANEK has or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted,

/s/Dean W. Greer
Dean W. Greer
West & West Attorneys at Law, P.C.
2929 Mossrock, Suite 204
San Antonio, Texas 78230
Telephone: (210) 340-2200
Facsimile:  (210) 340-2577
Texas Bar No. 08414100

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served to the debtor, to those listed below, to the twenty largest creditors as listed on the attached service list, and to all parties receiving electronic notice through the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas or by First Class Mail, postage prepaid on this 24th day of June, 2024.

Nitro Fluids, LLC
PO Box 585
Yorktown, TX 78164
*Debtor*

Eric Thomas Haitz
Bonds Ellis Eppich Schafer Jones, LLP
420 Throckmorton St., Ste. 1000
Fort Worth, TX 76102
*Attorney for Debtor*

US Trustee
Office of the US Trustee
515 Rusk Ave., Ste. 3516
Houston, TX 77002
*U.S. Trustee*

                                                 */s/Dean W. Greer*
                                                 DEAN W. GREER

```
Label Matrix for local noticing          Ally Bank, c/o AIS Portfolio Services, LLC    AmeriCredit Financial Services, Inc. dba GM
0541-6                                   4515 N Santa Fe Ave. Dept. APS                P O Box 183853
Case 24-60018                            Oklahoma City, OK 73118-7901                  Arlington, TX 76096-3853
Southern District of Texas
Victoria
Mon Jun 24 12:56:18 CDT 2024

Cameron International Corporation        Corporate Hospitality Services, LLC           Ford Motor Credit Company, LLC, c/o AIS Port
3600 Briarpark Drive                     c/o Stromberg Stock, PLLC                     4515 N Santa Fe Ave. Dept. APS
Houston, TX 77042-5206                   8350 N Central Expy                           Oklahoma City, OK 73118-7901
                                         Ste 1225
                                         Dallas, TX 75206-1600


Mike's Gates, LLC                        Nitro Fluids, LLC                             Texas Comptroller of Public Accounts, Revenu
c/o Renshaw PC                           PO Box 585                                    Christopher Murphy
2900 Weslayan, Suite 360                 Yorktown, TX 78164-0585                       PO Box 12548
Houston, TX 77027-5132                                                                 Austin, TX 78711-2548


6                                        (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN DeWitt County
United States Bankruptcy Court           PO BOX 183853                                 c/o Diane W. Sanders
PO Box 61010                             ARLINGTON TX 76096-3853                       Linebarger Goggan Blair & Sampson, LLP
Houston, TX 77208-1010                                                                 P.O. Box 17428
                                                                                       Austin, TX 78760-7428


Linde Gas & Equipment Inc.               Mike's Gates, LLC                             Super 8 Carrizo Springs
Barr Credit Services                     c/o Renshaw PC                                137 La Lomita Drive
3444 N Country Club Rd Ste 200           2900 Weslayan, Suite 360                      Carrizo Springs, TX 78834-5066
Tucson, AZ 85716-0815                    Houston, Texas 77027-5132


US Trustee                               VP Sales & Manufacturing LP                   Eric Thomas Haitz
Office of the US Trustee                 1250 NE Loop 410, Ste 808                     Bonds Ellis Eppich Schafer Jones LLP
515 Rusk Ave                             San Antonio, TX 78209-1525                    420 Throckmorton St.
Ste 3516                                                                               Suite 1000
Houston, TX 77002-2604                                                                 Fort Worth, TX 76102-3727


Joshua Nielson Eppich                    Kenneth P. Green
Bonds Ellis Eppich Schafer Jones LLP     Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton Street, Suite 1000      950 Echo Lane
Fort Worth, TX 76102-3727                Suite 120
                                         Houston, TX 77024-2781
```

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


AmeriCredit Financial Services, Inc.
dba GM Financial
P O Box 183853
Arlington, TX 76096




             The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Blue Sky Bank | (u)Cummins Welding, LLC | (u)DeWitt County |
| (u)Eastham Machining International, Inc. | (u)Epiq Corporate Restructuring, LLC | (u)Gulfstream Services, Inc. |
| (u)Official Committee of Unsecured Creditors | (u)Proppant Express Solutions, LLC | (u)Simmons Bank |

(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

End of Label Matrix
Mailable recipients    19
Bypassed recipients    10
Total                  29