**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| NITRO FLUIDS, LLC, *et al.*[1] | § | Case No. 24-60018 (CML) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | | **Re: Docket No. 190** |

**STIPULATION AND AGREED ORDER
EXTENDING BOBBY KORICANEK'S DEADLINE TO OBJECT TO
APPLICATION TO EMPLOY BRINKMAN LAW GROUP, PC AS COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS (DOCKET NO. 190)**

The Official Committee of Unsecured Creditors (collectively, the "Committee") files this *Stipulation and Agreed Order Extending Bobby Koricanek's Deadline to Object to Application to Employ Brinkman Law Group, PC as Counsel to the Official Committee of Unsecured Creditors* by and among the Committee and Bobby Koricanek (collectively, the "Parties").

WHEREAS, on July 5, 2024, the Committee filed an *Application of the Official Committee of Unsecured Creditors to Retain and Employ Brinkman Law Group, PC as Counsel Effective as of June 5, 2024* (the "Application") [Docket No. 190].

WHEREAS, the current deadline to file and serve any objection to the Application is July 26, 2024 (the "Objection Deadline").

WHEREAS, the Parties have agreed to an extension of the Objection Deadline solely as to Bobby Koricanek.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification numbers, are: Nitro Fluids, LLC (2119), NFH Leasing, LLC (9218), and Straitline Pumps, LLC (4168). The location of Debtors Nitro Fluids, LLC and NFH Leasing, LLC's principal place of business is 117 Broadway, Nordheim, Texas 78141. The location of Debtor Straitline Pumps, LLC's principal place of business is 13750 San Pedro Ave., Suite 560, San Antonio, Texas 78232.

**Accordingly, it is hereby AGREED and, upon approval of the Court, ORDERED that:**

1.      The deadline for Bobby Koricanek to objection to the Application is hereby extended to July 31, 2024.

2.      All rights of the Parties with respect to the Application are hereby preserved.

3.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation and Agreed Order.


Houston, Texas
Dated: _____, 2024

_____
UNITED STATES BANKRUPTCY JUDGE

**Agreed and Entry Requested**

| | |
|---|---|
| */s/ Dean W. Greer (with permission)* | /s/  *Zachary McKay* |
| **WEST & WEST, GREER & ESTORGA** | **JACKSON WALKER LLP** |
| 2929 Mosstrock, Suite 204 | Zachary McKay (TX Bar No. 24073600) |
| San Antonio, Texas 78230 | Genevieve M. Graham (TX Bar No. 24085340) |
| (210) 342-7100 | Maha Ghyas (TX Bar No. 24138115) |
| (210) 342-3633 – Telecopier | 1401 McKinney Street, Suite 1900 |
| State Bar No. 08414100 | Houston, TX 77010 |
| | Telephone:      (713) 752-4200 |
| *Counsel for Bobby Lee Koricanek* | Facsimile:      (713) 752-4221 |
| | Email: zmckay@jw.com |
| | Email: ggraham@jw.com |
| | Email: mghyas@jw.com |
| | |
| | *Proposed counsel for the Official Committee of Unsecured Creditors* |

## Certificate of Service

I certify that, on July 26, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Zachary McKay*
Zachary McKay