**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | |
|---|---|
| **In re:** | § Chapter 11 |
| | § |
| **NITRO FLUIDS, LLC,** *et al.* | § Case No. 24-60018 (CML) |
| | § |
| **Debtors.**[1] | § (Jointly Administered) |
| | § |

## NOTICE OF RESET HEARING

**PLEASE TAKE NOTICE** that on May 15, 2024, the above-captioned debtors and debtors-in-possession (the "Debtors") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code in this Court.

**PLEASE TAKE FURTHER NOTICE** that on May 29, 2024, the Debtors filed their *Motion for Entry of An Order Approving (I) (a) Bidding Procedures, and (b) Assumption and Assignment Procedures; (II) Sale of Certain of The Debtors Assets Free And Clear Of Liens, Claims, Interests, And Encumbrances; (III) Procedures for De Minimis Asset Sales; and (IV) Related Relief* [Docket No. 61] (the "**Sale Motion**").

**PLEASE TAKE FURTHER NOTICE** that on June 27, 2024, the Court entered the *Order Approving (I) (a) Bidding Procedures, and (b) Assumption and Assignment Procedures; (II) Sale of Certain of The Debtors Assets Free And Clear Of Liens, Claims, Interests, And Encumbrances; (III) Procedures for De Minimis Asset Sales; and (IV) Related Relief* [Docket No. 174] (the "**Bidding Procedures Order**").

**PLEASE TAKE FURTHER NOTICE** that on September 12, 2024, the Debtors filed their *Debtors' Emergency Motion to Amend Bidding Procedures Order* [Docket No. 275] (the "**Motion to Amend**").

**PLEASE TAKE FURTHER NOTICE** that on September 25, 2024, the Court entered the *Order Approving Amended Bidding Procedures and Granting Related Relief* [Docket No. 295] (the "**Amended Bidding Procedures Order**").

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Nitro Fluids, LLC (2119); NFH Leasing, LLC (9218); Straitline Pumps, LLC (4168). The location of the service address for Nitro Fluids, LLC and NFH Leasing, LLC is: 117 Broadway, Nordheim, TX 78141. The location of the service address for Straitline Pumps, LLC is: 13750 San Pedro Ave., Ste. 560, San Antonio, Texas 78232.

PLEASE TAKE FURTHER NOTICE that on October 4, 2024, the Debtors filed a *Notice of Extension of Bid Deadline and Sale Objection Deadline in Respect to Sale of Assets, and Notice of New Auction Date and Sale Hearing Date* [Docket No. 311] (the "**Notice of Extension**").

PLEASE TAKE FURTHER NOTICE that the Sale Hearing[2] on the Sale Motion, previously set for October 24, 2024, shall occur instead on **Friday, November 1, 2024, at 10:00 a.m. (CT)** before the Honorable Christopher M. Lopez, United States Bankruptcy Judge for the Southern District of Texas, Victoria Division, which hearing shall take place at (i) Courtroom 401, 515 Rusk, Houston, Texas 77002, and (ii) by audio and video connection using the information below.

PLEASE TAKE FURTHER NOTICE that information pertaining to these cases and copies of the Sale Motion, the Bidding Procedures Order, the Motion to Amend, the Amended Bidding Procedures Order, and the Notice of Extension are available at:
https://dm.epiq11.com/case/nitrofluids/info.

PLEASE TAKE FURTHER NOTICE that any parties who wish to participate in the hearing on the Sale Motion may do so in person or via the following information:

**AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY. YOU MAY ACCESS THE FACILITY AT 832-917-1510. ONCE CONNECTED, YOU WILL BE ASKED TO ENTER THE CONFERENCE ROOM NUMBER. JUDGE LOPEZ'S CONFERENCE ROOM NUMBER IS 590153. VIDEO COMMUNICATION WILL BE BY USE OF THE GOTOMEETING PLATFORM. CONNECT VIA THE FREE GOTOMEETING APPLICATION OR CLICK THE LINK BELOW AND ON JUDGE LOPEZ'S HOME PAGE. THE MEETING CODE IS "JUDGELOPEZ". CLICK THE SETTINGS ICON IN THE UPPER RIGHT CORNER AND ENTER YOUR NAME UNDER THE PERSONAL INFORMATION SETTING.** https://www.gotomeet.me/JudgeLopez

Dated: October 4, 2024

Respectfully submitted,

*/s/ Eric T. Haitz*
**BONDS ELLIS EPPICH SCHAFER JONES LLP**
Joshua N. Eppich (Texas Bar No. 24050567)
Eric T. Haitz     (Texas Bar No. 24101851)
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: joshua@bondsellis.com
Email: eric.haitz@bondsellis.com

---

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Amended Bidding Procedures Order.

-and-

Ken Green        (Texas Bar No. 24050698)
402 Heights Blvd.
Houston, Texas 77007
(713) 335-4990 telephone
(713) 335-4991 facsimile
Email: ken.green@bondsellis.com

COUNSEL FOR THE DEBTORS

### **CERTIFICATE OF SERVICE**

I certify that on October 4, 2024, a true and correct copy of the foregoing document was served via the Court's CM/ECF system.

*/s/ Eric T. Haitz*
Eric T. Haitz