IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| **In re:** | § § § § § § § § | Chapter 11 |
| | | Case No. 24-60018 (CML) |
| **NITRO FLUIDS, LLC,** *et al.* | | |
| | | (Jointly Administered) |
| **Debtors.**[1] | | |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on May 15, 2024, the above-captioned debtors and debtors-in-possession (the "Debtors") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code in this Court.

**PLEASE TAKE FURTHER NOTICE** that on October 22, 2024, the Debtors filed the *Debtors' Emergency Motion for Order Authorizing the Debtors to Pay Critical Vendor DISA Global Solutions, Inc., and Granting Related Relief* [Docket No. 335] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion shall occur on **Monday, October 28, 2024, at 2:00 p.m. (CT)** before the Honorable Christopher M. Lopez, United States Bankruptcy Judge for the Southern District of Texas, Victoria Division, which hearing shall take place at (i) Courtroom 401, 515 Rusk, Houston, Texas 77002, and (ii) by audio and video connection using the information below.

**PLEASE TAKE FURTHER NOTICE** that information pertaining to these cases and copies of the Motion are available at:
https://dm.epiq11.com/case/nitrofluids/info.

**PLEASE TAKE FURTHER NOTICE** that any parties who wish to participate in the hearing on the Motion may do so in person or via the following information:

**AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY. YOU MAY ACCESS THE FACILITY AT 832-917-1510. ONCE CONNECTED, YOU WILL BE ASKED TO ENTER THE CONFERENCE ROOM NUMBER. JUDGE LOPEZ'S CONFERENCE ROOM NUMBER IS 590153. VIDEO COMMUNICATION WILL BE BY USE OF THE GOTOMEETING PLATFORM. CONNECT VIA THE FREE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Nitro Fluids, LLC (2119); NFH Leasing, LLC (9218); Straitline Pumps, LLC (4168). The location of the service address for Nitro Fluids, LLC and NFH Leasing, LLC is: 117 Broadway, Nordheim, TX 78141. The location of the service address for Straitline Pumps, LLC is: 13750 San Pedro Ave., Ste. 560, San Antonio, Texas 78232.

**GOTOMEETING APPLICATION OR CLICK THE LINK BELOW AND ON JUDGE LOPEZ'S HOME PAGE. THE MEETING CODE IS "JUDGELOPEZ". CLICK THE SETTINGS ICON IN THE UPPER RIGHT CORNER AND ENTER YOUR NAME UNDER THE PERSONAL INFORMATION SETTING.**

https://www.gotomeet.me/JudgeLopez

Dated: October 28, 2024

Respectfully submitted,

/s/ Eric T. Haitz
**BONDS ELLIS EPPICH SCHAFER JONES LLP**
Joshua N. Eppich      (Texas Bar No. 24050567)
Eric T. Haitz      (Texas Bar No. 24101851)
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: joshua@bondsellis.com
Email: eric.haitz@bondsellis.com

-and-

Ken Green      (Texas Bar No. 24050698)
402 Heights Blvd.
Houston, Texas 77007
(713) 335-4990 telephone
(713) 335-4991 facsimile
Email: ken.green@bondsellis.com

COUNSEL FOR THE DEBTORS

**CERTIFICATE OF SERVICE**

I certify that on October 28, 2024, a true and correct copy of the foregoing document was served via the Court's CM/ECF system.

/s/ Eric T. Haitz
Eric T. Haitz