IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| **In re:** | § § § § § § § § | **Chapter 11** |
| | | **Case No. 24-60018 (CML)** |
| **NITRO FLUIDS, LLC,** *et al.* | | |
| | | **(Jointly Administered)** |
| **Debtors.**[1] | | |

## NOTICE OF DESIGNATION OF SUCCESSFUL BIDDER AND BACK-UP BIDDER

Debtors Nitro Fluids, LLC ("Fluids"), NFH Leasing, LLC ("Leasing"), and Straitline Pumps, LLC ("Straitline" and, collectively with Fluids and Leasing, the "Debtors"), as debtors and debtors-in-possession in the above-captioned chapter 11 cases, file this *Notice of Designation of Successful Bidder and Back-Up Bidder* (the "Notice") and respectfully give notice as follows:

1. On June 27, 2024, the Court entered its *Order Approving (I)(A) Bidding Procedures, and (B) Assumption and Assignment Procedures; (II) Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances; (III) Procedures for De Minimis Asset Sales; and (IV) Related Relief* [Docket No. 174] (the "Bidding Procedures Order").

2. On September 25, 2024, the Court entered its *Order Approving Amended Bidding Procedures and Granting Related Relief* [Docket No. 295] (the "Amended Bidding Procedures Order")[2] with the amended bidding procedures attached as Exhibit 1 thereto.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of the Debtors' federal tax identification numbers, are Nitro Fluids, LLC (2119); NFH Leasing, LLC (9218); Straitline Pumps, LLC (4168). The location of the service address for Nitro Fluids, LLC and NFH Leasing, LLC is: 117 Broadway, Nordheim, TX 78141. The location of the service address for Straitline Pumps, LLC is: 17115 San Pedro Ave., Ste. 320, San Antonio, Texas 78232.

[2] Capitalized terms used but not defined in this Notice shall have the meanings ascribed to such terms in the Amended Bidding Procedures.

1

3. On March 17, 2025, the Debtors filed a *Notice of Extension of Bid Deadline and Sale Objection Deadline with Respect to Sale of Assets and Notice of New Auction Date and Sale Hearing Date* in connection with the bidding procedures and sale process and auction approved in the above-captioned chapter 11 cases (such auction, if any, the "Auction").

4. On March 31, 2025, the Debtors filed a *Notice of Extension of Sale Objection Deadline with Respect to Sale of Assets, New Auction Time, and Sale Hearing Date* [Docket No. 494], pursuant to which the Debtors advised that the Auction would occur on April 7, 2025 at 1:00 p.m.

5. On April 7, 2025, the Debtors conducted the Auction.

6. **PLEASE TAKE NOTICE** that, in connection with the Amended Bidding Procedures, the Auction, and the various notices appurtenant thereto, and upon the conclusion of the Auction the Debtors, exercising their business judgment, selected Flying A Pumping Services, LLC ("Flying A") as the Successful Bidder for the assets set forth in the notice filed at Docket No. 475. The Debtors have determined that Nations Capital, LLC will serve as the Back-Up Bidder for such assets pursuant to the terms of its bid as supplemented and/or amended on the record at the Auction.

7. **PLEASE TAKE FURTHER NOTICE** that Debtors will request approval of such sale to Flying A, at the hearing currently scheduled for 1:00 p.m. (CT), on Thursday, April 17, 2025 before the Honorable Christopher M. Lopez, United States Bankruptcy Judge for the Southern District of Texas, Victoria Division, which hearing shall take place at (i) Courtroom 401, 515 Rusk, Houston, Texas 77002, and (ii) by audio and video connection using the information available on Judge Lopez's website. The terms of the proposed sale are contained in the Asset

Purchase Agreement submitted by Flying A, as supplemented and/or amended on the record at the Auction.

Dated: April 8, 2025                     Respectfully submitted,

*/s/ Eric T. Haitz*
**BONDS ELLIS EPPICH SCHAFER JONES LLP**
Joshua N. Eppich (Texas Bar No. 24050567)
Eric T. Haitz      (Texas Bar No. 24101851)
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: joshua@bondsellis.com
Email: eric.haitz@bondsellis.com

-and-

Ken Green      (Texas Bar No. 24050698)
402 Heights Boulevard
Houston, Texas 77007
(713) 335-4990 telephone
(713) 335-4991 facsimile

COUNSEL FOR THE DEBTORS

**CERTIFICATE OF SERVICE**

I certify that on April 8, 2025, a true and correct copy of the foregoing document was served via the Court's CM/ECF system.

*/s/ Eric T. Haitz*
Eric T. Haitz