United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 09, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| NITRO FLUIDS, LLC, *et al*. | Case No. 24-60018 (CML) |
| Debtors.[1] | (Jointly Administered) |
| GULFSTREAM SERVICES, INC. | |
| *Plaintiff*, | |
| v. | Adv. No. 24-06013 |
| STRAITLINE PUMP, LLC | |
| *Defendant*. | |

## ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DATE, the Court considered Gulfstream Services, Inc.'s ("Gulfstream") *Motion to Dismiss the Adversary Proceeding with Prejudice* (the "Motion"), requesting dismissal of the above-captioned adversary proceeding pursuant to the *Order Granting Debtors' Motion for Approval of Settlement and Compromise with Gulfstream Services, Inc.* [Bankruptcy Case, Docket No. 459], which approved the settlement and compromise by and between Straitline Pump, LLC and Gulfstream. The Court finds that the Motion was properly served in accordance with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules. After consideration of the merits of the Motion, the Court finds that good cause exists to grant the Motion.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Nitro Fluids, LLC (2119); NFH Leasing, LLC (9218); Straitline Pumps, LLC (4168). The location of the service address for Nitro Fluids, LLC and NFH Leasing, LLC is: 117 Broadway, Nordheim, TX 78141. The location of the service address for Straitline Pumps, LLC is: 17115 San Pedro Ave., Ste. 320, San Antonio, Texas 78232.

**IT IS THEREFORE ORDERED** that the above-captioned adversary proceeding is dismissed with prejudice.

IT IS SO ORDERED.

Signed: April 09, 2025

Christopher Lopez
United States Bankruptcy Judge