United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 10, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| **In re:** § § § | **Chapter 11** |
| **NITRO FLUIDS, LLC,** *et al.* § § § | **Case No. 24-60018 (CML)** |
| **Debtors.**[1] § § § § | **(Jointly Administered)** |

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are: Nitro Downhole, LLC (2041), Nitro Fluids, LLC (2119); NFH Leasing, LLC (9218); Straitline Pumps, LLC (4168). The location of the service address for Nitro Downhole, LLC Nitro Fluids, LLC and NFH Leasing, LLC is: 117 Broadway, Nordheim, TX 78141. The location of the service address for Straitline Pumps, LLC is: 17115 San Pedro Ave., Ste 320, San Antonio, Texas 78232.

5.  The Clerk of the Court shall make an entry on each docket of Nitro Downhole, LLC, NFH Leasing, LLC and Straitline Pumps, LLC substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of Texas directing joint administration for procedural purposes only of the chapter 11 cases of: Nitro Fluids, LLC, Case No. 24-60018; NFH Leasing, LLC, Case No. 24-60019; Straitline Pumps, LLC, Case No. 24-60020; and Nitro Downhole, LLC, Case No. 25-60027. **The docket in the chapter 11 case of Nitro Fluids, LLC, Case No. 24-60018 (CML), should be consulted for all matters affecting this case**.

6.  One consolidated docket, one file, and one consolidated service list shall be maintained for the Chapter 11 Cases by the Debtors and kept by the Clerk of the Court.

7.  The Debtors and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8.  Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Chapter 11 Cases.

9. Nothing contained in the Motion or this Order shall be deemed or construed as granting any Debtor standing to be heard on any issue affecting another jointly administered Debtor beyond what is granted in applicable law.

10. Nothing contained in the Motion or this Order shall be deemed or construed as affecting the rights of parties in interest to object to, and be heard on, the appointment of any committee of creditors, including the appointment of any creditor of the Debtors to such a committee, under 11 U.S.C. §1102, and all such rights are reserved.

11. The requirements of Bankruptcy Rule 6003(b) have been satisfied.

12. The Debtors are authorized to take all steps necessary or appropriate to carry out the relief granted in this Order.

13. This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: April 10, 2025

_____
Christopher Lopez
United States Bankruptcy Judge